HELEN J. WALLACE, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Defendant, and LELAND S. WALLACE, Respondent.— Order directing the settlement and discontinuance of an action brought to establish a lien on proceeds of a life insurance policy, and directing that the city treasurer pay out certain sums heretofore deposited with him, affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Carswell, Johnston, Sneed and MacCrate, JJ., concur.

SAMUEL E. WITT, Appellant, v. LEONORE C. SELIG, as Executrix of SETH SELIG, Deceased, Respondent.— In an action for damages for malpractice, order, insofar as appealed from, denying motion to disallow amendments to a proposed case on appeal which previously had been allowed, affirmed, with $10 costs and disbursements. No opinion. Carswell, Acting P. J., Johnston, Adel, Sneed and MacCrate, JJ., concur. [See 275 App. Div. 679.]

## (January 31, 1949.)

WILLIAM H. ADAMS, Appellant, v. WHITE CONSTRUCTION Co., INC., Respondent.— In an action to recover damages for personal injuries suffered by plaintiff when a piece of concrete fell from a column in a building where he was employed, which building was constructed by defendant, there was a verdict for plaintiff for $25,000. Thereafter the court set aside the verdict and granted defendant's motion, upon which decision had been reserved, to dismiss the complaint, made at the end of plaintiff's case. Judgment unanimously affirmed, with costs. Moreover, in our opinion, the verdict is excessive. Present — Carswell, Acting P. J., Johnston, Adel, Sneed and MacCrate, JJ.